UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON LEE HAYWOOD,<br>Plaintiff,<br>v.<br>SCOTTINI,<br>Defendant. | No. 2:25-cv-1794-TLN-JDP<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 29, 2026, the magistrate judge filed findings and recommendations herein which were served on the parties, and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 22.) Neither party filed objections to the findings and recommendations.[1]

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

[1] Though the docket shows service by mail of the findings and recommendations to Plaintiff was returned as not deliverable as addressed, under Local Rule 182(f), pro se parties are under a continuing duty to notify the Clerk of any change of address, and absent such notice, service to the address of record is deemed fully effective.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 29, 2026 (ECF No. 22), are ADOPTED in full;

2. Defendant's motion to dismiss (ECF No. 17) is GRANTED and this action is DISMISSED; and

3. The Clerk of Court is direct to close this case.

IT IS SO ORDERED.

DATE: August 26, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE